**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

---

**JUDGMENT IN A CIVIL CASE**

EUGENE PRESTON BURRELL,

Plaintiff,

**V.** Case No. 20-03129-CV-S-RK-P

CORIZON HEALTH LLC, et al.,

Defendants.

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

■ **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: ORDERED that:
(1) Defendants' motion for summary judgment (Doc. 39), is GRANTED;
(2) Plaintiff's motion to appoint counsel (Doc. 54), is DENIED as moot; and
(3) this case is DISMISSED with prejudice, with the exception that Plaintiff's claims for relief under state law are DISMISSED without prejudice, subject to Plaintiff pursuing appropriate relief in state court.

Entered on: July 9, 2021.

PAIGE WYMORE-WYNN
CLERK OF COURT

/s/ C. Davies
(By) Deputy Clerk